938

No. 494. MANDEL ET VIR *v.* PENNSYLVANIA RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Conrad B. Duberstein* for petitioners. *James S. Rowen* for respondent.

No. 489. TAK TRAK, INC., *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *George R. Richter, Jr.* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 495. TRUCK DRIVERS LOCAL UNION No. 299 ET AL. *v.* GOLDBERG, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied. *Jacob Kossman* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Charles Donahue* for respondent. *Herbert S. Thatcher* filed a brief for International Brotherhood of Boilermakers et al., as *amici curiae,* in support of the petition.

No. 499. CHUNG WING PING ET AL. *v.* KENNEDY, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Abraham Lebenkoff* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for respondents.

No. 502. WISCONSIN BANKERS ASSN. ET AL. *v.* ROBERTSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Harvey W. Peters* and *Percy W. Phillips* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick* and *John G. Laughlin, Jr.* for respondents.